**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| VERACYTE, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>SONIC HEALTHCARE USA, INC., CLINICAL PATHOLOGY LABORATORIES, INC.<br><br>        Defendants. | CASE NO.:<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, Veracyte, Inc., ("Veracyte" or "Plaintiff"), files this Complaint against Defendants Sonic Healthcare USA, Inc. ("Sonic Healthcare USA") and Clinical Pathology Laboratories, Inc. ("CPL;" collectively "Sonic" or "Defendants") for patent infringement under 35 U.S.C. § 271 and alleges as follows:

## INTRODUCTION

1.      Veracyte brings this action for patent infringement to stop its competitor Sonic from improperly using Veracyte's own intellectual property to compete with it in the marketplace concerning molecular testing of thyroid nodules.  It is Veracyte's innovations that power Sonic's infringing technology.  Sonic's infringement must cease.

2.      Veracyte transformed the diagnosis and treatment of thyroid nodules, which are tested as they carry a risk of thyroid cancer, with its revolutionary Afirma line of molecular tests for thyroid nodules.  By age 70, the majority of Americans will have one or more thyroid nodules

1

which may be incidentally discovered.[1]  A thyroid nodule is an abnormal growth of cells on the thyroid gland.  These nodules are most often benign, but in 5-10% of cases, these nodules are malignant.  Accordingly, when faced with a thyroid nodule, typical practice is to biopsy nodules that meet size or imaging criteria using fine needle aspiration (FNA).  Cytopathology determines whether the nodule is benign, indeterminate, or malignant.  If it is malignant, the nodule is usually surgically removed.  If benign, generally no further treatment is required, and it is monitored.

3.      Problematically, about 15%-30% of thyroid cytopathology is indeterminate.  That is, the nodules are classified as neither benign nor malignant.  In these circumstances, before Veracyte's patented innovations, either half or the whole thyroid was surgically removed to determine a definitive diagnosis.  Thyroid surgery has an inherent risk of complications, including infection, damage to parathyroid glands, which release a hormone to regulate blood calcium levels, and voice change.  Additionally, without medication, a patient lacking a thyroid will develop hypothyroidism, which can include symptoms such as dry skin, fatigue and weight gain.  Chronically untreated or undertreated hypothyroidism can lead to severe health consequences including cardiac and kidney dysfunction.  However, post-surgery testing indicated that **_approximately 75%_** of those "indeterminate" thyroid removal surgeries were unnecessary because the nodule turned out to be benign.  At a minimum, many of these patients required thyroid hormone replacement therapy for the rest of their life.

4.      Veracyte's patented innovations significantly decreased these unnecessary thyroid surgeries for patients with indeterminate thyroid cytology results.  Veracyte created the Afirma Gene Expression Classifier ("GEC").  The Afirma GEC created a new, sensitive way to analyze

---

[1] Mazzaferri EL. Management of a solitary thyroid nodule. N Engl J Med. 1993 Feb 25;328(8):553-9. doi: 10.1056/NEJM199302253280807. PMID: 8426623.

thyroid nodule samples combining measuring RNA expression products from a sample of thyroid tissue by using a trained algorithm to detect cancer, along with other innovations.  With the Afirma GEC, one could take those "indeterminate" test results and effectively resolve whether they are benign or have an increased risk of malignancy.  These innovations are the subject of Veracyte's U.S. Patent Nos. 10,114,924, 10,672,504, and 12,110,554 (collectively, the "Patents-in-Suit" or the "Asserted Patents").

5.    Veracyte has continued to improve the Afirma thyroid nodule tests based on its patented innovations, including by introducing the Afirma Genomic Sequencing Classifier, Afirma GSC, as the next generation test after Afirma GEC.

6.    Since Veracyte's first test was commercially launched in 2011, it has helped approximately 350,000 patients avoid unnecessary surgery or personalize treatment plans to avoid overtreatment.  Veracyte has also continued to refine and expand its Diagnostics Platform to empower clinicians with further insights into thyroid nodules and other potential areas of cancer, including breast, pulmonology, and urology.

7.    Sonic Healthcare USA owns and operates a conglomerate of testing laboratories across the United States, including CPL (collectively, "Sonic").  Sonic offers a line of thyroid nodule tests called ThyroSeq that directly competes with Veracyte's Afirma tests using Veracyte's own patented technology.   ThyroSeq purportedly offers the same solution as Afirma:

| Afirma GSC[2] | ThyroSeq v3[3] |
|---|---|
| | |

---

[2] https://www.veracyte.com/afirma/

[3] https://www.thyroseq.com/physicians/test-description/

8.      Unable to compete against Veracyte with its own approach, Sonic offers a version of ThyroSeq that infringes Veracyte's patented technology.   As set forth in detail below, Sonic has infringed and continues to infringe three of Veracyte's patents on its thyroid testing technology.

9.      Additionally, Sonic does not stop at infringing Veracyte's patents.  In other efforts to compete with Veracyte, Sonic has attempted to mislead clinicians about the accuracy of Afirma's results and the ability of ThyroSeq to rule out cancer—and these efforts have escalated over time.  Sonic is thus using Veracyte's *own* patented technology to unfairly claim its infringing technology is superior.

10.     Veracyte brings this action to stop Sonic's continuing infringement of its technology, as well as for compensatory and exemplary damages.

11.     Finally, while Veracyte seeks to stop Sonic's infringement of its intellectual property, it prioritizes patients and patient health first.  No patient will go without the clinically appropriate treatment because Veracyte stands ready to address any necessary patient needs.

## THE PARTIES

12.     Veracyte is a Delaware corporation with its principal place of business at 6000 Shoreline Court, Suite 300, South San Francisco, California, 94080.  Veracyte is the owner of all

right, title, and interest in and to U.S. Patent Nos. 10,114,924, 10,672,504, and 12,110,554 (collectively, the "Patents-in-Suit" or "Asserted Patents").

13.    Sonic Healthcare USA is a Delaware corporation with its principal place of business at 12357-A Riata Trace Parkway #210, Austin, Texas 78727.  Sonic Healthcare USA is registered to do business in the State of Texas and has been since at least March 28, 2008.  Sonic Healthcare USA has one or more regular and established places of business in this Judicial District, including at least at 800 E. Dawson Street, Tyler, Texas 75701 using the name Trinity Pathology Associates.[4]

14.    CPL is a Texas corporation with its principal place of business at 12357-A Riata Trace Parkway #210, Austin, Texas 78727.  On information and belief, CPL is a subsidiary of Sonic Healthcare USA.  CPL has one or more regular and established places of business in this Judicial District, including at least at 3110 Calder Suite, Beaumont, Texas 77702; 527 Gaslight Boulevard, Lufkin, Texas 75604; 600 East Taylor Street, Suite 100, Sherman, Texas 75090; 3910 Brookside Drive Suite 200 Tyler, Texas 75701; 700 Olympic Plaza Suite 270 Tyler, Texas 75701.[5]

## JURISDICTION AND VENUE

15.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, and 1338.

16.    This Court has specific personal jurisdiction over Defendants consistent with the requirements of the Due Process Clause of the United States Constitution and the Texas Long Arm Statute.  On information and belief, each Defendant has sufficient minimum contacts with the forum because each has one or more physical locations and transacts substantial business in the

---

[4] *See, e.g.*, https://www.sonichealthcareusa.com/ap/trinitypathologyassociates/patients/

[5] *See, e.g.*, https://www.cpllabs.com/locations/

State of Texas and in this Judicial District.  Further, Defendants have, directly or through subsidiaries or intermediaries, committed and continue to commit acts of patent infringement in the State of Texas and in this Judicial District as alleged in this Complaint, as alleged more particularly below.

17.    Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1400(b) and 1391(b) and (c) because Defendants are subject to personal jurisdiction in this Judicial District, have committed acts of patent infringement in this Judicial District, and have one or more regular and established places of business in this Judicial District.  Defendants, through their own acts, make, use, sell, and/or offer to sell testing through which they infringe within this Judicial District, regularly do and solicit business in this Judicial District, and have the requisite minimum contacts with the Judicial District such that this venue is a fair and reasonable one.

18.    Defendants have regular and established places of business, at which they have committed acts of infringement throughout the State of Texas and in the Eastern District of Texas, including at, *e.g.*, Trinity Pathology Associates and Clinical Pathology Laboratories locations throughout this Judicial District.

19.    On information and belief, there are in this Judicial District regular, continuous, and established physical places of business of Defendants in which they use, make, sell, or offer to sell their ThyroSeq test, through which Sonic infringes one or more claims of the Asserted Patents, as alleged more particularly below.

20.    For example, Sonic Healthcare USA, according to its website, has a location in Tyler, Texas which offers cytopathology services.  On information and belief, these cytopathology services include the infringing ThyroSeq test.  Sonic Healthcare USA has infringed the Asserted

Patents within this Judicial District by using, offering to sell, and selling through this location the infringing ThyroSeq test.

21.     As a further example, CPL, in East Texas offers patient services which include the infringing ThyroSeq test.[6]

## PATENTS-IN-SUIT

22.     On October 30, 2018, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 10,114,924 (the "'924 patent") entitled "Methods for Processing or Analyzing Sample of Thyroid Tissue."  A true and correct copy of the '924 patent is attached as Exhibit A.

23.     On June 2, 2020, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 10,672,504 (the "'504 patent") entitled "Algorithms for Disease Diagnostics."  A true and correct copy of the '504 patent is attached as Exhibit B.

24.     On November 8, 2024, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 12,110,554 (the "'554 patent") entitled "Methods for Classification of Tissue Samples as Positive or Negative for Cancer."  A true and correct copy of the '554 patent is attached as Exhibit C.

25.     Veracyte is the sole and exclusive owner of all rights, title, and interest to the '924, '504, and '554 patents, and holds the exclusive right to take all actions necessary to enforce its rights to the Asserted Patents, including the filing of this patent infringement lawsuit.  Veracyte also has the right to recover all damages for past, present, and future infringement of the Asserted Patents and to seek injunctive relief as appropriate under the law.

---

[6] *See, e.g.*, https://www.cpllabs.com/featured-testing-solutions/

## **FACTUAL BACKGROUND**

### Veracyte's Innovation and Afirma Tests

26.     Veracyte was founded in 2006 with the goal to help clinicians more accurately diagnose cancer and transform patient care.  Since that time, through innovation and investment, Veracyte has grown into a global diagnostics company whose tests have benefited over 600,000 patients in 35 countries.  With its Diagnostics Platform, Veracyte empowers clinicians with insights they need to guide and assure patients at pivotal moments in the race to diagnose and treat cancer in multiple areas, including breast, pulmonology, urology, and endocrinology.  Today, Veracyte continues its practice of identifying unmet clinical needs, developing tests to effectively address them, and making them widely available to patients, with, for example, over 50 active clinical trials ongoing.

27.     From early on, Veracyte sought to develop and make widely available a molecular test for assessing thyroid nodules to help clinicians and patients make better informed treatment decisions.  While others studying thyroid cancer focused on known cancerous samples with the aim of identifying mutations related to thyroid cancer, Veracyte focused on the specific problem of patients experiencing unnecessary thyroid surgeries by studying samples with indeterminate cytology results that later received a classification after surgery.  With this focused approach on a specific problem in the patient experience, over several years, a team at Veracyte, including co-founder Bonnie H. Anderson and Dr. Giulia Kennedy, envisioned, developed, and rigorously tested a more advanced test for cancer in thyroid nodules, which led to the Afirma Genomic Expression Classifier, or Afirma GEC.  Unlike prior tests, Afirma GEC measured gene expression products, such as RNA expression products, on an indeterminate sample of thyroid tissue to rule out cancer, along with other innovations.

28.     Afirma GEC was released commercially in January 2011.  Testing before its commercial release showed Afirma GEC had a negative predictive value (NPV) of more than 95 percent.  This means the likelihood that a thyroid nodule is not malignant with a negative (or benign) Afirma result was greater than 95 percent.  This high negative predictive value helped doctors rule out malignancy and confidently monitor many patients with indeterminate thyroid nodules, enabling patients to avoid unnecessary surgery.

29.     The transformative nature of Afirma GEC for thyroid nodule diagnosis and care was recognized in the field.  In January 2012, Afirma GEC was the first molecular diagnostics test to be granted Medicare coverage under the Laboratory and Molecular Diagnostics Services Program established by Palmetto GBA, a Medicare contractor.  In January 2013, the National Comprehensive Cancer Network Clinical Practice Guidelines in Oncology (NCCN Guidelines) for Thyroid Carcinoma were updated to indicate physicians should consider using molecular testing in lieu of diagnostic surgery when conventional cytological analysis results were indeterminate. Also in 2013, major insurers, including Aetna, Cigna, and United Healthcare, extended coverage to Afirma GEC.

30.     Veracyte has continued to develop its Afirma line of tests to further improve diagnosis and care to support clinicians in making patient care decisions.   For example, in May 2014, Veracyte launched Afirma Malignancy Classifiers, genomic tests for medullary thyroid cancer (MTC) and the BRAF gene mutation that provide preoperative information to help guide surgical strategy for those patients who need surgery.

31.     In July 2017, Veracyte introduced the Afirma Genomic Sequencing Classifier, Afirma GSC, as the next-generation test to improve on Afirma GEC with greater specificity and positive predictive value (PPV), meaning it better predicts the likelihood that a nodule is

malignant, along with other improvements.  In May 2018, Veracyte also launched the Afirma Xpression Analysis (XA) to be used with Afirma GSC; when Afirma GSC indicates a thyroid nodule is suspicious (as opposed to benign), the Afirma XA panel can further risk stratify nodules with greater diagnostic and prognostic information to help further inform surgical and therapeutic decisions for the patient.  Recently, Veracyte has added the option to include with Afirma GSC, DNA analysis of *TERT*, a critical molecular alteration associated with features of aggressive thyroid cancer, including distant metastasis, extrathyroidal invasion, and vascular invasion.

32.    Veracyte continues to work diligently in developing its Afirma line of tests in its mission to improve thyroid nodule diagnostic assessment and better inform treatment for clinicians and patients.

33.    In connection with its development leading to the Afirma line of tests, Veracyte has applied for patent protection for several innovations.  The United States Patent and Trademark Office has issued several patents to Veracyte, including the Asserted Patents infringed by Sonic as discussed further below.

<u>Sonic's Infringing Test and Misleading Conduct</u>

34.    On information and belief, Sonic owns and operates a conglomerate of medical laboratories across the United States.  Sonic's parent company, Sonic Healthcare Limited, is an Australian company which made $9 billion AUD in revenue during its 2024 financial year.[7]

35.    The first version of ThyroSeq was announced as available for patients in September 2013, several years after Afirma commercially launched, as another molecular test for thyroid

---

[7] *See, e.g.*, https://investors.sonichealthcare.com/Investors/

nodules when conventional test results were uncertain.[8]  On information and belief, however, ThyroSeq v1 testing did not involve measuring gene expression product levels.  Instead, this version analyzed DNA, not RNA, and targeted 12 specific "cancer genes" for mutations known to be associated with thyroid cancer.[9]  Because of its limited scope, ThyroSeq v1 was "not considered to be an effective rule-out test," meaning a test that could "rule-out" cancer with high confidence and avoid surgery.[10]

36.    On June 12, 2014, a Sonic laboratory announced that it would be offering ThyroSeq v2.[11]  ThyroSeq v2 added measuring gene expression products.

37.    In or around 2018, Sonic launched the current version of ThyroSeq, ThyroSeq v3 Genomic Classifier or ThyroSeq v3 GC.  ThyroSeq v3 GC measures DNA and gene expression products (mRNA).[12]  On information and belief, ThyroSeq v3 GC also uses a trained algorithm. For example, according to papers regarding ThyroSeq v3 GC, its algorithm is "trained for maximum accuracy," and "GC cutoffs were established to distinguish cancer from benign nodules" "[u]sing the training tissue set" in which ThyroSeq v3 GC detected, among other things, "gene expression alterations."[13]

---

[8] *See, e.g.*, https://hillman.upmc.com/difference/news/093013-next-generation-sequencing

[9] *See, e.g.*, https://pmc.ncbi.nlm.nih.gov/articles/PMC3816258/

[10] *See, e.g.*, https://acsjournals.onlinelibrary.wiley.com/doi/10.1002/cncy.22088

[11] *See, e.g.*, https://www.globenewswire.com/news-release/2014/06/12/1302193/0/en/CBLPath-Partners-With-UPMC-s-Division-of-Molecular-and-Genomic-Pathology.html

[12] https://www.thyroseq.com/physicians/test-description/

[13] *See, e.g.*, https://pmc.ncbi.nlm.nih.gov/articles/PMC5891361/

38.    Today, Sonic performs ThyroSeq testing "in-house."[14]

39.    Sonic has practiced and continues to practice methods that infringe the Asserted Patents, including at least through offering its ThyroSeq v3 test, as alleged in more detail below.

40.    Veracyte's Afirma GSC and Sonic's ThyroSeq v3 GC are recognized as the two major, commercially available molecular tests for thyroid nodules.[15]  Because of this, among other things, Veracyte is irreparably harmed by Sonic's ongoing infringement and cannot be compensated by monetary damages alone.  If Sonic's infringement were stopped, it would suffer no serious harm because it offers many other products and services besides ThyroSeq, and there would be no harm to the public interest as Veracyte's Afirma tests would remain available.

41.    Sonic is well-aware of Veracyte's innovative Afirma line of tests.  For example, Sonic features articles about Afirma tests on its ThyroSeq website.[16]  Moreover, for many years, individuals developing or working on ThyroSeq have been well-aware of Veracyte and Afirma.  For example, they have attended and presented at the same conferences as Veracyte personnel presenting on Afirma.  They also criticized Veracyte's groundbreaking approach with Afirma— before ThyroSeq later adopted the same approach.  After Veracyte began gaining traction in the field, more and more features from Afirma appeared in subsequent versions of ThyroSeq, and

---

[14] *See, e.g.*, https://www.sonichealthcareusa.com/about-us/news/inside-shusas-new-thyroseq-laboratory/

[15] *See, e.g.*, https://www.thyroid.org/patient-thyroid-information/ct-for-patients/september-2022/vol-15-issue-9-p-5-6/

[16] *See, e.g.*, https://www.thyroseq.com/physicians/test-description/featured-publications/comparison-of-postmarketing-findings-vs-the-initial-clinical-validation-findings-of-a-thyroid-nodule-gene-expression-classifier/; https://www.thyroseq.com/physicians/test-description/featured-publications/molecular-testing-of-bethesda-iiiiv-thyroid-nodules-a-cost-effectiveness-analysis/

those presenting on ThyroSeq even began using strikingly similar slides.  On information and belief, Sonic, on its own or through others working on its behalf, copied patented features from Veracyte's Afirma line of tests.  Sonic has also engaged in aggressive and misleading conduct in its efforts to compete with Veracyte's Afirma line of tests.  For example, a Sonic representative working on ThyroSeq attempted to mislead clinicians by representing that Veracyte's Afirma Xpression Atlas has a "42% false negative rate" by pointing to a paper that says Afirma XA "should not be used as a rule-out test."   However, as discussed above and as the paper itself explains, Afirma **GSC** is used as a test to potentially rule-out thyroid cancer, and Afirma XA is only an "adjunct" to Afirma GSC intended to inform surgical and therapeutic decisions for "Afirma GSC suspicious nodules."[17]   This "false negative" claim was baseless and wholly misleading.

42.     On information and belief, Sonic representatives have made the same or other misleading, disparaging claims regarding Afirma tests to others in an attempt to drive sales away from Afirma to ThyroSeq.

43.     On information and belief, such misleading claims have escalated over time and further contribute to the irreparable harm to Veracyte caused by Sonic's ongoing infringement of Veracyte's patents.

44.     In addition, on information and belief, Sonic has distributed marketing materials with misleading, purported comparisons of Afirma and ThyroSeq tests, including but not limited to by presenting purported "head-to-head" comparisons of results selectively pulled from distinct studies, characterizing studies and their results in a misleading manner, and selectively presenting

---

[17] *See, e.g.*, https://pubmed.ncbi.nlm.nih.gov/38104250/

or omitting characteristics and different versions of the Afirma and ThyroSeq tests for these comparisons.

45.     On information and belief, these misleading, purported comparisons further contribute to the irreparable harm to Veracyte caused by Sonic's ongoing infringement of Veracyte's patents.

46.     Sonic also makes or causes misleading statements about ThyroSeq alone in an attempt to overstate its benefits.  For example, on information and belief, in their patients' test reports, Sonic has characterized thyroid nodules with lower risk mutations or alterations as "negative."  This is despite the fact that, on its website, Sonic indicates a "negative" ThyroSeq result means there are "**no** alterations" of gene expressions.[18]



47.     On information and belief, Sonic has also characterized or caused others to characterize samples that include certain mutations as ThyroSeq "negative" in research papers, again inconsistent with how ThyroSeq "negative" is defined on Sonic's ThyroSeq website.

---

[18] *See, e.g.*, https://www.thyroseq.com/physicians/test-description/patient-management/

48.     On information and belief, Sonic has used these inconsistent criteria for "negative" ThyroSeq results to misleadingly overstate the performance and/or benefits of ThyroSeq tests. On information and belief, Sonic's inconsistent characterizations of ThyroSeq "negative" results further contributes to the irreparable harm to Veracyte caused by Sonic's ongoing infringement of Veracyte's patents.

49.     On information and belief, Sonic's infringement of the Asserted Patents is willful. As discussed above, Sonic and individuals involved with the development of ThyroSeq have closely monitored Veracyte and its patented Afirma products, including monitoring academic papers on Afirma and featuring such papers on Sonic's website, as well as criticizing Veracyte's Afirma approach.

50.     Moreover, Sonic and Veracyte compete in the same field of molecular tests of thyroid nodules, which includes only a handful of companies, and are recognized as the two major competitors in this field. On information and belief, in addition to monitoring academic papers and other information regarding Veracyte's Afirma products, Sonic has engaged in other competitive monitoring of Veracyte, including Veracyte's patent portfolio, in connection with its ThyroSeq business. Veracyte has issued press releases regarding its patents and has discussed its patents and proprietary technology in its public filings to investors. Moreover, later development of ThyroSeq copied from Veracyte's patented Afirma line of tests.

51.     On information and belief, Sonic knew of each of the Asserted Patents by or shortly after its issue date and has known of its infringement thereof since. At a minimum, on information and belief, Sonic was willfully blind to the Asserted Patents given the facts stated herein.

## COUNT I

### (Infringement of the '924 Patent)

52.     Paragraphs 1 through 51 are incorporated herein by reference as if fully set forth in their entireties.

53.     Veracyte has not licensed or otherwise authorized Sonic to make, use, offer for sale, sell, or import any products that embody the inventions of the '924 patent.

54.     The '924 patent generally relates to novel methods for detecting abnormal cellular proliferation from a biological test sample of thyroid tissue where cytological testing of a portion of the sample was indeterminate and using a trained algorithm.  *See* '924 patent at 6:23-25.

55.     As the '924 patent explains, before its invention, "traditional methods of cancer diagnosis suffer[ed] from a number of deficiencies," including:

> 1) the diagnosis may require a subjective assessment and thus be prone to inaccuracy and lack of reproducibility, 2) the methods may fail to determine the underlying genetic, metabolic or signaling pathways responsible for the resulting pathogenesis, 3) the methods may not provide a quantitative assessment of the test results, and 4) the methods may be unable to provide an unambiguous diagnosis for certain samples.

'924 patent at 6:64-7:6; *see also id.* at 1:33-50.  The '924 patent goes on to disclose specifically:

> In the case of thyroid cancer, it is estimated that out of the approximately 130,000 thyroid removal surgeries performed each year due to suspected malignancy in the United States, only about 54,000 are necessary.  Thus, approximately 76,000 unnecessary surgeries are performed annually.  In addition, there are continued treatment costs and complications due to the need for lifelong drug therapy to replace lost thyroid function.

*Id.* at 1:62-2:2.  Prior thyroid cancer testing modalities failed to meet the needs for accuracy and reproducibility as well as reducing the number of indeterminate results for thyroid cancer.  *See, e.g.*, '924 patent at 2:2-4.

16

56.    Accordingly, to address these deficiencies in traditional methods for diagnosing thyroid cancer, the '924 patent provided a novel and unconventional solution that leverages cytological testing of a sample of thyroid tissue, assaying gene expression product levels in the same sample when cytological testing results are indeterminate, and using a trained algorithm to classify the sample using data including gene expression product levels.  The claims are directed to a specific improvement in the detection of thyroid cancer in patients, not just the natural phenomenon of a relationship between genetic information and the presence or absence of a health condition or disease.  Nor are the claims merely directed to applying machine learning or a trained algorithm in a new space.  Instead, the claims specifically relate to using expression product level data, rather than genetic information generally, with an algorithm trained with a plurality of training samples, and specifically in thyroid tissue samples that were first subjected to cytological testing that returned indeterminate results, with a greater than 90% accuracy.

57.    Thus, '924 patent claims a specific solution to problems in the detection of thyroid cancer.  In particular, the claims recite ***how*** the solution is implemented through the claimed method, and are not directed to a mere natural phenomenon, human activity, or result.

58.    The '924 patent claims methods that were not routine, well-understood, or conventional at the time of the invention.  These methods include obtaining a sample of thyroid tissue of a subject suspected of having thyroid cancer, where that sample includes gene expression products.  A portion of that sample is subjected to cytological testing that indicates the portion of the sample is indeterminate.  The gene expression products are assayed from a second portion of the sample using one of several specific methods to yield a dataset including gene expression product levels.  This dataset is then input into an algorithm trained with a plurality of training samples

17

independent of the sample that is being tested, and the algorithm generates a classification of the sample as positive or negative for thyroid cancer with 90% accuracy.

59.    The claimed arrangement of elements was not routine, well-understood, or conventional at the time of the invention either alone or as an ordered combination.  For example, it was not routine or conventional to perform molecular testing on indeterminate samples at all, let alone using the specific methods described in the claims of the '924 patent using gene expression product levels and a trained algorithm.

60.    Sonic infringes, contributes to the infringement of, and/or induces infringement of the '924 patent by making, using, selling, offering for sale, distributing, exporting from, and/or importing into the United States products and/or methods covered by one or more claims of the '924 patent, including, but not limited to, at least the ThyroSeq v3 GC testing.

61.    Sonic has infringed and continues to directly infringe one or more claims of the '924 patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling and/or importing into the United States the ThyroSeq v3 GC testing.  Sonic's infringement includes infringement of, for example, claim 1 of the '924 patent.

62.    Claim 1 of the '924 patent recites:

1. A method for processing or analyzing a sample of thyroid tissue of a subject, comprising:

   (a) obtaining said sample of thyroid tissue of said subject, wherein said subject has or is suspected of having thyroid cancer, and wherein said sample of thyroid tissue comprises gene expression products;
   (b) subjecting a first portion of said sample of thyroid tissue to cytological testing that indicates that said first portion of said sample of thyroid tissue is indeterminate;
   (c) upon identifying said first portion of said sample of thyroid tissue as indeterminate, assaying by sequencing, array hybridization, or nucleic acid amplification, said gene expression products from a second portion of said sample of thyroid tissue, to yield a data set including data corresponding to gene expression product levels;

(d) in a programmed computer, inputting said data including said gene expression product levels from (c) to a trained algorithm to generate a classification of said sample of thyroid tissue as positive or negative for said thyroid cancer at an accuracy of at least 90%, wherein said trained algorithm is trained with a plurality of training samples, and wherein said sample of thyroid tissue is independent of said plurality of training samples; and

(e) electronically outputting a report that identifies said classification of said sample of thyroid tissue as positive or negative for said thyroid cancer.

63.     Sonic practices each and every limitation of the '924 patent by and through the use of ThyroSeq v3 GC testing.

64.     The preamble of claim 1 recites "[a] method for processing or analyzing a sample of thyroid tissue of a subject, comprising:…"  To the extent the preamble is limiting, Sonic practices this step by, for example but not limited to, using ThyroSeq testing on a sample of thyroid tissue.  *See, e.g.*, "Test Ordering" at https://www.thyroseq.com/physicians/test-ordering/ ("ThyroSeq® testing has been validated for use on a variety of specimen types . . . ThyroSeq® GC test can be ordered with Thyroid FNA Analysis as all indeterminate FNA results are reflexed to ThyroSeq®.").

65.     Claim 1 further recites "obtaining said sample of thyroid tissue of said subject, wherein said subject has or is suspected of having thyroid cancer, . . ." Sonic practices this step by, for example but not limited to, obtaining a fine-needle aspiration tissue sample of a thyroid nodule for ThyroSeq testing.  *See, e.g.*, Nikiforova, et al., "Analytical Performance of ThyroSeq v3 Genomic Classifier for Cancer Diagnosis in Thyroid Nodules," Cancer 124(8); 1631-1844 (2018) ("ThyroSeq v3 Paper") ("Molecular tests have clinical utility for thyroid nodules with indeterminate fine-needle aspiration (FNA) cytology, although their performance requires further improvement. In this study, we evaluated the analytical performance of the newly created ThyroSeq v3 test."); "Test Ordering" at https://www.thyroseq.com/physicians/test-ordering/ ("Flexibility in Sample Types[:] Freshly Collected FNA in ThyroSeq Preserve . . .).

66.     Claim 1 further recites "wherein said sample of thyroid tissue comprises gene expression products . . ."  Sonic practices this step by, for example but not limited to, isolating gene expression products from the fine-needle aspiration sample.  *See, e.g.*, ThyroSeq v3 Paper ("It utilizes targeted amplification-based next-generation sequencing technology to detect 12,135 single nucleotide variations (SNVs) and insertions/deletions (indels) (COSMIC hotspots), more than 120 gene fusion (GF) types, abnormal gene expression alterations (GEAs) of 90 genes, and copy number alterations (CNAs) in 10 genomic regions in FNA samples and in up to 27 genomic regions in tissue samples.  In detail, DNA and mRNA are isolated either from FNA sample collected directly to the nucleic acid preservative solution or from FFPE tissue or cell blocks using MagNa Pure instrument (Roche).").

67.     Claim 1 further recites "subjecting a first portion of said sample of thyroid tissue to cytological testing that indicates that said first portion of said sample of thyroid tissue is indeterminate. . ."  The ThyroSeq website confirms that Sonic practices this step by, for example but not limited to, performing Thyroid FNA analysis and then ThyroSeq testing on the same indeterminate sample.  *See, e.g.*, "Test Ordering" at https://www.thyroseq.com/physicians/test-ordering/ ("ThyroSeq® GC test can be ordered with Thyroid FNA Analysis as all indeterminate FNA results are reflexed to ThyroSeq®").

68.     Claim 1 further recites "upon identifying said first portion of said sample of thyroid tissue as indeterminate, assaying by sequencing, array hybridization, or nucleic acid amplification, said gene expression products from a second portion of said sample of thyroid tissue, to yield a data set including data corresponding to gene expression product levels. . ."  Sonic practices this step by, for example but not limited to, utilizing targeted amplification-based next-generation sequencing technology to detect abnormal gene expression alterations in indeterminate fine-needle

aspiration samples on the same sample. *See, e.g.*, ThyroSeq v3 Paper ("Version 3 of the ThyroSeq test contains 112 genes, including all genes that were tested by ThyroSeq v2 (Supplemental Table 2). It utilizes targeted amplification-based next-generation sequencing technology to detect . . . abnormal gene expression alterations (GEAs) of 90 genes **. . .** in FNA samples."); "Test Ordering" at https://www.thyroseq.com/physicians/test-ordering/ ("ThyroSeq® GC test can be ordered with Thyroid FNA Analysis as all indeterminate FNA results are reflexed to ThyroSeq®").

69.    Claim 1 further recites "in a programmed computer, inputting said data including said gene expression product levels from (c) to a trained algorithm to generate a classification of said sample of thyroid tissue as positive or negative for said thyroid cancer at an accuracy of at least 90%, wherein said trained algorithm is trained with a plurality of training samples, and wherein said sample of thyroid tissue is independent of said plurality of training samples. . ." Sonic practices this step because, for example but not limited to, development of the ThyroSeq algorithm uses a training tissue set to detect genetic alterations and to establish cutoffs to distinguish cancer from benign nodules with an accuracy of 92.1%. *See, e.g.*, ThyroSeq v3 Paper ("Using the training tissue set, ThyroSeq GC [Genomic Classifier] detected >100 genetic alterations, including BRAF, RAS, TERT, DICER1 mutations, NTRK1/3, BRAF and RET fusions, 22q loss, and gene expression alterations. GC cutoffs were established to distinguish cancer from benign nodules with 93.9% sensitivity, 89.4% specificity, and 92.1% accuracy. This correctly classified most papillary, follicular, and Hurthle cell lesions, medullary thyroid carcinomas and parathyroid lesions. In the FNA validation set, the GC sensitivity was 98.0%, specificity 81.8%, and accuracy 90.9%.").

70.    Finally, Claim 1 further recites "electronically outputting a report that identifies said classification of said sample of thyroid tissue as positive or negative for said thyroid cancer." Sonic practices this step by, for example but not limited to, producing an electronic report that

classifies the sample of thyroid tissue as positive or negative with a corresponding probability of cancer. *See, e.g.*, "Patient Management" at https://www.thyroseq.com/physicians/test-description/patient-management/ ("ThyroSeq® test results refine cancer probability in thyroid nodules with indeterminate cytology, informing the most appropriate management of these patients."); *See also*, "ThyroSeq Negative Report" at https://www.thyroseq.com/media/5752/thyroseq-negative-report-sonic-1.pdf.

**THYROSEQ® V3 GC RESULTS SUMMARY**
**LEFT THYROID, 1.7 CM NODULE, FNA**

| Test Result | Probability of Cancer or NIFTP | Potential Management |
|---|---|---|
| NEGATIVE | Low (~3%) | Observation *<br>*See interpretation below for details |

*See also*, "ThyroSeq Positive Report" at https://www.thyroseq.com/media/5753/thyroseq-positive-nras-and-tert-report-sonic-1.pdf.

**THYROSEQ® V3 GC RESULTS SUMMARY**
**RIGHT THYROID, 4.12 CM NODULE, FNA**

| Test Result | Probability of Cancer | Potential Management |
|---|---|---|
| POSITIVE | High (~90%) | Surgical excision *<br>*See interpretation below for details |

71.    On information and belief, Sonic has had actual and/or constructive knowledge of the existence of the '924 patent by or shortly after its issue date.  For example, Sonic has closely monitored Veracyte and its patented Afirma line of tests, Veracyte has mentioned its patents in public press releases and filings, and more and more features from Afirma have appeared in successive versions of ThyroSeq.  Alternatively, Sonic has had actual and/or constructive knowledge of the existence of the '924 patent since not later than the date it received service of

this Complaint.  With knowledge of the '924 patent, Sonic has indirectly infringed and continues to indirectly infringe at least claim 1 of the '924 patent under 35 U.S.C. § 271, literally and/or under the doctrine of equivalents, by actively inducing those ordering ThyroSeq tests to directly, either individually or jointly with Sonic, infringe one or more claims of the '924 patent.  Such inducement includes Sonic taking active steps to encourage and facilitate others' direct and joint infringement of the '924 patent with knowledge of that infringement.  The affirmative acts include, without limitation, advertising, marketing, promoting, offering for sale and/or selling the above-identified ThyroSeq v3 GC testing.  For example, Sonic provides instructions to those ordering ThyroSeq testing regarding sample preparation and other testing to be performed in conjunction with ThyroSeq testing.  *See, e.g.*, "Test Ordering" at https://www.thyroseq.com/physicians/test-ordering/; "Instructions for Collecting Thyroid Cytopathology and ThyroSeq," at https://www.thyroseq.com/physicians/test-ordering/instructions-for-collecting-thyroid-cytopathology-and-thyroseq/.

72.     On information and belief, Sonic's acts of infringing the '924 patent have been willful and undertaken in knowing and deliberate disregard of Veracyte's patent rights.  On information and belief, Sonic has had actual and/or constructive knowledge of the existence of the '924 patent by or shortly after its issue date.  For example, Sonic has closely monitored Veracyte and its patented Afirma line of tests, Veracyte has mentioned its patents in public press releases and filings, and more and more features from Afirma have appeared in successive versions of ThyroSeq.  Alternatively, Sonic has had actual and/or constructive knowledge of the existence of the '924 patent since not later than the date it received service of this Complaint.

73.     Because of Sonic's direct and indirect infringement of the '924 patent, Veracyte has suffered, and will continue to suffer, damages in an amount to be proved at trial.

74.     Because of Sonic's direct and indirect infringement of the '924 patent, Veracyte has suffered, and will continue to suffer, irreparable harm for which there is no adequate remedy at law, unless Sonic's infringement is enjoined by this Court.

75.     On information and belief, Sonic's willful infringement, together with its other conduct, render this case exceptional under 35 U.S.C. § 285 and thereby entitle Veracyte to recovery of its attorneys' fees and costs incurred in prosecuting this action.

## COUNT II

### (Infringement of the '504 Patent)

76.     Paragraphs 1 through 75 are incorporated herein by reference as if fully set forth in their entireties.

77.     Veracyte has not licensed or otherwise authorized Sonic to make, use, offer for sale, sell, or import any products that embody the inventions of the '504 patent.

78.     The '504 patent generally relates to novel methods for detecting abnormal cellular proliferation from a biological test sample of thyroid tissue where gene expression products of the sample correspond to select genes and using a trained algorithm.  *See* '504 patent at 6:30-32.

79.     Like the '924 patent discussed above, the '504 patent provides a novel and unconventional solution to address deficiencies in traditional methods for detecting thyroid cancer. Specifically, the claimed methods of the '504 patent leverage sequencing nucleic acid molecules to yield data including levels of gene expression products in a thyroid tissue sample corresponding to two or more specific genes with the technique of using an algorithm trained on known benign and non-benign samples different from the sample being tested to classify the sample as positive or negative for thyroid cancer with an accuracy of at least 85%.  The claims are directed to a specific improvement in the detection of thyroid cancer in patients, not just the natural phenomenon of a relationship between genetic information and the presence or absence of a health condition or

disease.  Nor are the claims merely directed to applying machine learning or a trained algorithm in a new space.  Instead, the claims specifically relate to using gene expression product level data including one or more levels of gene expression products corresponding to two or more of a specific set of genes, rather than genetic information generally, with an algorithm trained with a plurality of training samples comprising known benign samples and known non-benign samples different from the sample being tested, with at least an 85% accuracy.

80.    Thus, the '504 patent claims a specific, novel solution to problems in the detection of thyroid cancer.  In particular, the claims recite ***how*** the solution is implemented through the claimed method, and are not directed to a mere natural phenomenon, human activity, or result.

81.    The '504 patent claims methods that were not routine, well-understood, or conventional at the time of the invention.   In the claimed methods, data comprising levels of gene expression products, including levels corresponding to two or more of a specific set of genes, sequenced from a thyroid tissue sample is processed using an algorithm trained on samples comprising known benign samples and known non-benign samples that are different from said sample of tissue, and the sample is classified as positive or negative for thyroid cancer with an accuracy of at least 85%.

82.    The claimed arrangement of elements was not routine, well-understood, or conventional at the time of the invention either alone or as an ordered combination.  For example, it was not routine or conventional to perform molecular testing of a thyroid tissue sample for purposes of classifying it as positive or negative for thyroid cancer, let alone using the specific methods described in the claims of the '504 patent using gene expression products that correspond to at least two of a specific set of genes and a trained algorithm.

83.    Sonic infringes, contributes to the infringement of, and/or induces infringement of the '504 patent by making, using, selling, offering for sale, distributing, exporting from, and/or importing into the United States products and/or methods covered by one or more claims of the '504 patent, including, but not limited to, at least the ThyroSeq v3 GC testing.

84.    Sonic has infringed and continues to directly infringe one or more claims of the '504 patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling and/or importing into the United States ThyroSeq v3 GC testing. Sonic's infringement includes infringement of, for example, claim 1 of the '504 patent.

85.    Claim 1 of the '504 patent recites:

1. A method for processing or analyzing a sample of thyroid tissue of a subject, comprising:

(a) sequencing nucleic acid molecules from said sample of thyroid tissue to yield data comprising one or more levels of gene expression products in said sample of thyroid tissue, which one or more levels of gene expression products correspond to a plurality of genes comprising two or more genes selected from the group consisting of: ALK, CALCA, DICER1, IGF2BP3, MET, NTRK1, NTRK3, PAX8, PTEN, PTH and THADA;
(b) using a trained algorithm in a computer to process said data from (a) to generate a classification of said sample of thyroid tissue as positive or negative for thyroid cancer at an accuracy of at least 85%, wherein said trained algorithm is trained with a plurality of training samples comprising known benign samples and known non-benign samples that is different from said sample of tissue; and
(c) electronically outputting a report that identifies said classification of said sample of thyroid tissue as positive or negative for said thyroid cancer.

86.    Sonic practices each and every limitation of the '504 patent by and through the use of ThyroSeq v3 GC testing.

87.    The preamble of claim 1 recites "[a] method for processing or analyzing a sample of thyroid tissue of a subject, comprising:…" To the extent the preamble is limiting, Sonic practices this step by, for example but not limited to, using ThyroSeq testing on a thyroid tissue sample. *See, e.g.*, "Test Ordering" at https://www.thyroseq.com/physicians/test-ordering/

("ThyroSeq® testing has been validated for use on a variety of specimen types . . . ThyroSeq® GC test can be ordered with Thyroid FNA Analysis as all indeterminate FNA results are reflexed to ThyroSeq®.").

88.    Claim 1 further recites "sequencing nucleic acid molecules from said sample of thyroid tissue to yield data comprising one or more levels of gene expression products in said sample of thyroid tissue, . . ." Sonic practices this step by, for example  but not limited to, using sequencing technology to analyze 112 genes for genetic alterations in fine-needle aspiration samples.  *See, e.g.*, ThyroSeq v3 Paper ("Version 3 of the ThyroSeq test contains 112 genes, including all genes that were tested by ThyroSeq v2 (Supplemental Table 2).  It utilizes targeted amplification-based next-generation sequencing technology to detect … abnormal gene expression alterations (GEAs) of 90 genes … in FNA samples.").

89.    As a further example, Sonic practices this step by, for example but not limited to, isolating DNA and mRNA from the fine-needle aspiration sample.  *See, e.g.*, ThyroSeq v3 Paper ("It utilizes targeted amplification-based next-generation sequencing technology to detect 12,135 single nucleotide variations (SNVs) and insertions/deletions (indels) (COSMIC hotspots), more than 120 gene fusion (GF) types, abnormal gene expression alterations (GEAs) of 90 genes, and copy number alterations (CNAs) in 10 genomic regions in FNA samples and in up to 27 genomic regions in tissue samples.  In detail, DNA and mRNA are isolated either from FNA sample collected directly to the nucleic acid preservative solution or from FFPE tissue or cell blocks using MagNa Pure instrument (Roche).").

90.    Claim 1 further recites "which one or more levels of gene expression products correspond to a plurality of genes comprising two or more genes selected from the group consisting of: ALK, CALCA, DICER1, IGF2BP3, MET, NTRK1, NTRK3, PAX8, PTEN, PTH and THADA

. . ."  Sonic practices this step by, for example but not limited to, detecting 112 genes, including all 11 genes in the Markush group of claim 1.  *See, e.g.*, ThyroSeq v3 Paper ("Version 3 of the ThyroSeq test contains 112 genes, including all genes that were tested by ThyroSeq v2 (Supplemental Table 2).").

91.    Claim 1 further recites "using a trained algorithm in a computer to process said data from (a) to generate a classification of said sample of thyroid tissue as positive or negative for thyroid cancer at an accuracy of at least 85%, wherein said trained algorithm is trained with a plurality of training samples comprising known benign samples and known non-benign samples that is different from said sample of tissue. . ."  Sonic practices this step because, for example but not limited to, development of the ThyroSeq algorithm used a training tissue set to detect genetic alterations and to establish cutoffs to distinguish cancer from benign nodules with an accuracy of 90.9%.  *See, e.g.*, ThyroSeq v3 Paper ("Using the training tissue set, ThyroSeq GC [Genomic Classifier] detected >100 genetic alterations, including BRAF, RAS, TERT, DICER1 mutations, NTRK1/3, BRAF and RET fusions, 22q loss, and gene expression alterations. GC cutoffs were established to distinguish cancer from benign nodules with 93.9% sensitivity, 89.4% specificity, and 92.1% accuracy. This correctly classified most papillary, follicular, and Hurthle cell lesions, medullary thyroid carcinomas and parathyroid lesions. In the FNA validation set, the GC sensitivity was 98.0%, specificity 81.8%, and accuracy 90.9%").

92.    Finally, Claim 1 further recites "electronically outputting a report that identifies said classification of said sample of thyroid tissue as positive or negative for said thyroid cancer." Sonic practices this step by, for example but not limited to, producing an electronic report that classifies the sample of thyroid tissue as positive or negative with a corresponding probability of cancer.  *See,  e.g.*,  "Patient  Management"  at  https://www.thyroseq.com/physicians/test-

description/patient-management/ ("ThyroSeq® test results refine cancer probability in thyroid nodules with indeterminate cytology, informing the most appropriate management of these patients."); *See also*, "ThyroSeq Negative Report" at https://www.thyroseq.com/media/5752/thyroseq-negative-report-sonic-1.pdf; *see also*, "ThyroSeq Positive Report" at https://www.thyroseq.com/media/5753/thyroseq-positive-nras-and-tert-report-sonic-1.pdf.

**THYROSEQ® V3 GC RESULTS SUMMARY**
**LEFT THYROID, 1.7 CM NODULE, FNA**

| Test Result | Probability of Cancer or NIFTP | Potential Management |
|---|---|---|
| NEGATIVE | Low (~3%) | Observation *<br>*See interpretation below for details |

**THYROSEQ® V3 GC RESULTS SUMMARY**
**RIGHT THYROID, 4.12 CM NODULE, FNA**

| Test Result | Probability of Cancer | Potential Management |
|---|---|---|
| POSITIVE | High (~90%) | Surgical excision *<br>*See interpretation below for details |

93.    On information and belief, Sonic has had actual and/or constructive knowledge of the existence of the '504 patent by or shortly after its issue date.  For example, Sonic has closely monitored Veracyte and its patented Afirma line of tests, Veracyte has mentioned its patents in public press releases and filings, and more and more features from Afirma have appeared in successive versions of ThyroSeq.  Alternatively, Sonic has had actual and/or constructive knowledge of the existence of the '504 patent since not later than the date it received service of this Complaint.  With knowledge of the '504 patent, Sonic has indirectly infringed and continues to indirectly infringe at least claim 1 of the '504 patent under 35 U.S.C. § 271, literally and/or

under the doctrine of equivalents, by actively inducing those ordering ThyroSeq tests to directly, either individually or jointly with Sonic, infringe one or more claims of the '504 patent. Such inducement includes Sonic taking active steps to encourage and facilitate others' direct and joint infringement of the '504 patent with knowledge of that infringement. The affirmative acts include, without limitation, advertising, marketing, promoting, offering for sale and/or selling the above-identified ThyroSeq v3 GC testing. For example, Sonic provides instructions to those ordering ThyroSeq testing regarding sample preparation and other testing to be performed in conjunction with ThyroSeq testing. *See, e.g.*, "Test Ordering" at https://www.thyroseq.com/physicians/test-ordering/; "Instructions for Collecting Thyroid Cytopathology and ThyroSeq," at https://www.thyroseq.com/physicians/test-ordering/instructions-for-collecting-thyroid-cytopathology-and-thyroseq/.

94.    On information and belief, Sonic's acts of infringing the '504 patent have been willful and undertaken in knowing and deliberate disregard of Veracyte's patent rights. On information and belief, Sonic has had actual and/or constructive knowledge of the existence of the '504 patent by or shortly after its issue date. For example, Sonic has closely monitored Veracyte and its patented Afirma line of tests, Veracyte has mentioned its patents in public press releases and filings, and more and more features from Afirma have appeared in successive versions of ThyroSeq. Alternatively, Sonic has had actual and/or constructive knowledge of the existence of the '504 patent since not later than the date it received service of this Complaint.

95.    Because of Sonic's direct and indirect infringement of the '504 patent, Veracyte has suffered, and will continue to suffer, damages in an amount to be proved at trial.

96.     Because of Sonic's direct and indirect infringement of the '504 patent, Veracyte has suffered, and will continue to suffer, irreparable harm for which there is no adequate remedy at law, unless Sonic's infringement is enjoined by this Court.

97.     On information and belief, Sonic's willful infringement, together with its other conduct, render this case exceptional under 35 U.S.C. § 285 and thereby entitle Veracyte to recovery of its attorneys' fees and costs incurred in prosecuting this action.

**COUNT III**

**(Infringement of the '554 Patent)**

98.     Paragraphs 1 through 97 are incorporated herein by reference as if fully set forth in their entireties.

99.     Veracyte has not licensed or otherwise authorized Sonic to make, use, offer for sale, sell, or import any products that embody the inventions of the '554 patent.

100.    The '554 patent generally relates to novel methods for detecting abnormal cellular proliferation from a biological test sample where diagnostic screening of a portion of the sample was ambiguous or indeterminate and using a trained algorithm.  *See* '554 patent at 3:7-9.

101.    Sonic infringes, contributes to the infringement of, and/or induces infringement of the '554 patent by making, using, selling, offering for sale, distributing, exporting from, and/or importing into the United States products and/or methods covered by one or more claims of the '554 patent, including, but not limited to, at least the ThyroSeq v3 GC testing.

102.    Like the other Asserted Patents discussed above, the '554 patent provided a novel and unconventional solution to deficiencies in traditional methods for detecting cancer. Specifically, the '554 patent leverages assaying nucleic acid molecules from a sample to generate a dataset where a diagnostic screening process indicated the sample was ambiguous or

31

indeterminate, identifying both a level of gene expression products and a genetic mutation by processing the dataset, and processing both of these using a trained algorithm to generate a classification of the tissue sample as positive or negative for cancer. The claims are directed to a specific improvement in the diagnosis of thyroid cancer in patients, not just the natural phenomenon of a relationship between genetic information and the presence or absence of a health condition or disease. Nor are the claims merely directed to applying machine learning or a trained algorithm. Instead, the claims specifically relate to leveraging processing data to identify both a level of expression of gene expression products and one or more genetic mutations, rather than genetic information generally, in a sample where a diagnostic screening process indicated it was ambiguous or indeterminate, and using a trained algorithm to process this information to generate a classification of the sample as positive or negative for cancer that is output electronically.

103.    Thus, the '554 patent claims a specific, novel solution to problems in the detection of cancer. In particular, the claims recite ***how*** the solution is implemented through the claimed method, and are not directed to a mere natural phenomenon, human activity, or result.

104.    The '554 patent claims methods that were not routine, well-understood, or conventional at the time of the invention.   The claims specify the tissue sample is one a diagnostic screening process indicates is ambiguous or indeterminate, and what specific genetic information is processed by a trained algorithm to generate and electrically output a classification of the tissue sample as positive or negative for cancer.

105.    The claimed arrangement of elements was not routine, well-understood, or conventional at the time of the invention either alone or as an ordered combination. For example, it was not routine or conventional to perform molecular testing on indeterminate samples at all, let

alone using the specific methods described in the claims of the '554 patent using gene expression product levels, genetic mutations, and a trained algorithm.

106.    Sonic has infringed and continues to directly infringe one or more claims of the '554 patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling and/or importing into the United States the ThyroSeq v3 GC testing.  Sonic's infringement includes infringement of, for example, claim 1 of the '554 patent.

107.    Claim 1 of the '554 patent recites:

1. A method for processing or analyzing a tissue sample of a subject, comprising:

> (a) obtaining said tissue sample from said subject;
> (b) subjecting at least a portion of said tissue sample to a diagnostic screening process which indicates said tissue sample as ambiguous or indeterminate;
> (c) assaying one or more nucleic acid molecules derived from a nucleic acid sample from said tissue sample of said subject to generate a data set;
> (d) using a programmed computer to process said data set to identify (i) a level of expression of one or more gene expression products in said nucleic acid sample, and (ii) one or more genetic mutations in said nucleic acid sample;
> (e) using a trained algorithm, computer processing said level of expression and said one or more genetic mutations identified in (d) to generate a classification of said tissue sample as positive or negative for a cancer; and
> (f) electronically outputting a report that identifies said classification of said tissue sample as positive or negative for said cancer.

108.    Sonic practices each and every limitation of the '554 patent by and through the use of ThyroSeq v3 GC testing.

109.    The preamble of claim 1 recites "[a] method for processing or analyzing a tissue sample of a subject, comprising:…"  To the extent the preamble is limiting, Sonic practices this step by, for example but not limited to, using ThyroSeq testing for use on a variety of specimen types.  *See, e.g.*, "Test Ordering" at https://www.thyroseq.com/physicians/test-ordering/ ("ThyroSeq® testing has been validated for use on a variety of specimen types . . . ThyroSeq® GC

test can be ordered with Thyroid FNA Analysis as all indeterminate FNA results are reflexed to ThyroSeq®.").

110.    Claim 1 further recites "obtaining said sample of thyroid tissue from said subject. . ."  Sonic practices this step by, for example but not limited to, obtaining an indeterminate fine-needle aspiration tissue sample of a thyroid nodule for ThyroSeq testing.  *See, e.g.*, ThyroSeq v3 Paper ("Molecular tests have clinical utility for thyroid nodules with indeterminate fine-needle aspiration (FNA) cytology, although their performance requires further improvement. In this study, we evaluated the analytical performance of the newly created ThyroSeq v3 test."); "Test Ordering" at https://www.thyroseq.com/physicians/test-ordering/ ("Flexibility in Sample Types[:] Freshly Collected FNA in ThyroSeq Preserve . . .).

111.    Claim 1 further recites "subjecting at least a portion of said tissue sample to a diagnostic screening process which indicates said tissue sample as ambiguous or indeterminate; . . ."  The ThyroSeq website confirms that Sonic practices this step by, for example but not limited to, performing Thyroid FNA analysis and then ThyroSeq testing on the same indeterminate sample.  *See, e.g.*, "Test Ordering" at https://www.thyroseq.com/physicians/test-ordering/ ("ThyroSeq® GC test can be ordered with Thyroid FNA Analysis as all indeterminate FNA results are reflexed to ThyroSeq®").

112.    Claim 1 further recites "assaying one or more nucleic acid molecules derived from a nucleic acid sample from said tissue sample of said subject to generate a data set. . ." Sonic practices this step by, for example but not limited to, assaying DNA and RNA to analyze tissue and fine-needle aspiration samples and separate malignant from benign lesions.  *See, e.g.*, ThyroSeq v3 Paper ("ThyroSeq version 3 is a DNA and RNA-based next-generation sequencing assay that analyzes 112 genes for a variety of genetic alterations including point mutations, indels,

gene fusions, copy number alterations, and abnormal gene expression and uses a Genomic Classifier (GC) to separate malignant from benign lesions.  It was validated in 238 tissue and 175 FNA samples with known surgical follow-up.").

113.    Claim 1 further recites "using a programmed computer to process said data set to identify (i) a level of expression of one or more gene expression products in said nucleic acid sample, and (ii) one or more genetic mutations in said nucleic acid sample. . ."  Sonic practices this step by, for example but not limited to, utilizing targeted amplification-based next-generation sequencing technology to detect single nucleotide variation and insertions and deletions, gene fusion types, and abnormal gene expression alterations in fine-needle aspiration samples.  *See, e.g.*, ThyroSeq v3 Paper ("Version 3 of the ThyroSeq test contains 112 genes, including all genes that were tested by ThyroSeq v2 (Supplemental Table 2). It utilizes targeted amplification-based next-generation sequencing technology to detect 12,135 single nucleotide variations (SNVs) and insertions/deletions (indels) (COSMIC hotspots), more than 120 gene fusion (GF) types, abnormal gene expression alterations (GEAs) of 90 genes … in FNA samples.").

114.    Claim 1 further recites "using a trained algorithm, computer processing said level of expression and said one or more genetic mutations identified in (d) to generate a classification of said tissue sample as positive or negative for a cancer. . ."  Sonic practices this step because, for example but not limited to, development of the ThyroSeq algorithm used a training tissue set to detect genetic alterations and to establish with cutoffs to distinguish cancer from benign nodules with an accuracy of 92.1%.  *See, e.g.*, ThyroSeq v3 Paper ("Using the training tissue set, ThyroSeq GC [Genomic Classifier] detected >100 genetic alterations, including BRAF, RAS, TERT, DICER1 mutations, NTRK1/3, BRAF and RET fusions, 22q loss, and gene expression alterations. GC cutoffs were established to distinguish cancer from benign nodules with 93.9% sensitivity,

89.4% specificity, and 92.1% accuracy. This correctly classified most papillary, follicular, and Hurthle cell lesions, medullary thyroid carcinomas and parathyroid lesions. In the FNA validation set, the GC sensitivity was 98.0%, specificity 81.8%, and accuracy 90.9%.").

115.    Finally, Claim 1 further recites "electronically outputting a report that identifies said classification of said sample of thyroid tissue as positive or negative for said cancer." Sonic practices this step by, for example but not limited to, creating an electronic report that classifies the sample of thyroid tissue as positive or negative with a corresponding probability of cancer. *See, e.g.*, "Patient Management" at https://www.thyroseq.com/physicians/test-description/patient-management/ ("ThyroSeq® test results refine cancer probability in thyroid nodules with indeterminate cytology, informing the most appropriate management of these patients."). *See also*, "ThyroSeq Negative Report" at https://www.thyroseq.com/media/5752/thyroseq-negative-report-sonic-1.pdf; *see     also*, "ThyroSeq     Positive     Report"     at https://www.thyroseq.com/media/5753/thyroseq-positive-nras-and-tert-report-sonic-1.pdf.

**THYROSEQ® V3 GC RESULTS SUMMARY**
**LEFT THYROID, 1.7 CM NODULE, FNA**

| Test Result | Probability of Cancer or NIFTP | Potential Management |
|---|---|---|
| NEGATIVE | Low (~3%) | Observation *<br>*See interpretation below for details |

**THYROSEQ® V3 GC RESULTS SUMMARY**
**RIGHT THYROID, 4.12 CM NODULE, FNA**

| Test Result | Probability of Cancer | Potential Management |
|---|---|---|
| POSITIVE | High (~90%) | Surgical excision *<br>*See interpretation below for details |

116.    On information and belief, Sonic has had actual and/or constructive knowledge of the existence of the '554 patent by or shortly after its issue date.  For example, Sonic has closely monitored Veracyte and its patented Afirma line of tests, Veracyte has mentioned its patents in public press releases and filings, and more and more features from Afirma have appeared in successive versions of ThyroSeq.  Alternatively, Sonic has had actual and/or constructive knowledge of the existence of the '554 patent since not later than the date it received service of this Complaint.  With knowledge of the '554 patent, Sonic has indirectly infringed and continues to indirectly infringe at least claim 1 of the '554 patent under 35 U.S.C. § 271, literally and/or under the doctrine of equivalents, by actively inducing those ordering ThyroSeq tests to directly, either individually or jointly with Sonic, infringe one or more claims of the '554 patent.  Such inducement includes Sonic taking active steps to encourage and facilitate others' direct and joint infringement of the '554 patent with knowledge of that infringement.  The affirmative acts include, without limitation, advertising, marketing, promoting, offering for sale and/or selling the above-identified ThyroSeq v3 GC testing.  For example, Sonic provides instructions to those ordering ThyroSeq testing regarding sample preparation and other testing to be performed in conjunction with ThyroSeq testing.  *See, e.g.*, "Test Ordering" at https://www.thyroseq.com/physicians/test-ordering/; "Instructions for Collecting Thyroid Cytopathology and ThyroSeq," at https://www.thyroseq.com/physicians/test-ordering/instructions-for-collecting-thyroid-cytopathology-and-thyroseq/.

117.    On information and belief, Sonic's acts of infringing the '554 patent have been willful and undertaken in knowing and deliberate disregard of Veracyte's patent rights.  On information and belief, Sonic has had actual and/or constructive knowledge of the existence of the '554 patent by or shortly after its issue date.  For example, Sonic has closely monitored Veracyte

and its patented Afirma line of tests, Veracyte has mentioned its patents in public press releases and filings, and more and more features from Afirma have appeared in successive versions of ThyroSeq.  Alternatively, Sonic has had actual and/or constructive knowledge of the existence of the '554 patent since not later than the date it received service of this Complaint.

118.    Because of Sonic's direct and indirect infringement of the '554 patent, Veracyte has suffered, and will continue to suffer, damages in an amount to be proved at trial.

119.    Because of Sonic's direct and indirect infringement of the '554 patent, Veracyte has suffered, and will continue to suffer, irreparable harm for which there is no adequate remedy at law, unless Sonic's infringement is enjoined by this Court.

120.    On information and belief, Sonic's willful infringement, together with its other conduct, render this case exceptional under 35 U.S.C. § 285 and thereby entitle Veracyte to recovery of its attorneys' fees and costs incurred in prosecuting this action.

<b><u>DEMAND FOR JURY TRIAL</u></b>

121.    Plaintiff hereby demands a jury for all issues so triable.

<b><u>PRAYER FOR RELIEF</u></b>

WHEREFORE, Veracyte respectfully asks that the Court enter judgment in its favor and against Defendant as follows:

a.    A judgment that Sonic has infringed and continues to infringe (either literally or under the doctrine of equivalents) one or more claims of the Asserted Patents under at least 35 U.S.C. § 271(a);

b.    An award of monetary damages sufficient to compensate Veracyte for Sonic's patent infringement, with interest, pursuant to at least 35 U.S.C. § 284;

c.    That Sonic be ordered to pay Veracyte pre-judgment and post-judgment interest;

d.    A permanent injunction prohibiting Sonic and its officers, agents, representatives,

assigns, licenses, distributors, servants, employees, related entities, attorneys, and all those acting in concert, privity, or participation with them, from:

    i.   infringing or inducing infringement of any claim of the Asserted Patents, including by offering ThyroSeq testing; and

    ii.  soliciting any new business or new customers using any information or materials that Sonic derived from its infringement of the Asserted Patents;

e.    An award of enhanced damages of three times the amount found or assessed for Sonic's willful patent infringement, pursuant to at least 35 U.S.C. § 284, including interest on such damages;

f.    An order finding this case exceptional under 35 U.S.C. § 285 and awarding Veracyte all costs and attorney's fees, pursuant to 35 U.S.C. § 285; and

g.    Any and all other relief the Court deems just and equitable.

May 1, 2025

/s/ *Deron R. Dacus*
Deron R. Dacus
State Bar No.  00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
 (903) 705-1117
ddacus@dacusfirm.com

Jordan R. Jaffe (Admitted in E.D. Texas;
CA Bar No. 254886)
Catherine Lacey (Admitted in E.D. Texas;
CA Bar No. 291591)
Jing Wang (*pro hac vice forthcoming*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza, Suite 3300
(415) 947-2000
San Francisco, CA 94105-1126

*Attorneys for Plaintiff Veracyte, Inc.*